UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENNIS CRANDLE,

                Plaintiff,                Civil Action No.:
                                            1:17-cv-05505-ER-KHP

- against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.               **ORDER**

------------------------------------------------------------X

       The Court, having read the memorandum and affirmation of Charles E. Binder, attorney for Plaintiff in the above entitled case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto,

       **IT IS ORDERED** that attorney's fees in the amount of $52,557.88, which represents 25% of the past due benefits awarded to Plaintiff, be remitted to Charles E. Binder, petitioner.

                                                                _____
                                                                Edgardo Ramos, U.S.D.J
                                                                Dated: Nov. 21, 2019
                                                               New York, New York